UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CHENG LIN,

Defendant.

**WAIVER OF INDICTMENT**

23 Cr.

23 CRIM 598

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*CHeng Lin*
Cheng Lin
Defendant

_____
Witness

*Yuan Jiang*
Yuan Jiang
Attorney for Defendant

Dated: New York, New York
       November 15, 2023